Fidjiana Montilla Rivera
fidji07@hotmail.com
PO BOX 2716
Gary, IN 46403
(219) 200-6127
Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**



-FILED-
NOV 15 2023
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**FIDJIANA MONTILLA RIVERA individually**
**and as a Single Member of**
**APPROVED SOLUTIONS, LLC**
      **Plaintiff,**

VS.

**CHASE BANK, N.A.**

      **Defendants.**

CASE NO. 2:23CV392

**COMPLAINT FOR :**
**BREACH OF CONTRACT/**
**BREACH OF FIDUCIARY DUTIES**

Jury Trial Demanded: __ Yes ✓ No

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S. Code § 1331. Federal question jurisdiction arises pursuant to 12 U.S. Code § 411, 12 U.S. Code § 412, and 12 U.S. Code § 504.

## II. PARTIES

2. Plaintiff, FIDJIANA MONTILLA RIVERA, is an individual residing in Gary, IN and Plaintiff APPROVED SOLUTIONS LLC is a single member limited liability company registered in Georgia and is authorized to do business in Indiana.

3. Defendant CHASE BANK, N.A. is a corporation registered in New York and is authorized to do business in Indiana. Defendant's agent for service is in Louisiana, located at Mail Code LA4-7100, 700 Kansas Lane, Monroe, LA 71203 and CHASE AUTO: Mail Code LA4-4025, 700 Kansas Lane, Monroe, LA 71203

## III. NATURE OF THE CASE

4. The parties have been in a Vehicle Sales Contract for the Land Rover Velar 2020 VIN # SALYB2EX0LA252689, Since July 11, 2022. The defendant acted as the assumed owner of the Vehicle Sales Contract and required the plaintiff to make monthly payments of $1,052.58. However, on August 11, 2023, the plaintiff came forth as the owner of the Vehicle Sales Contract and instructed the defendant to use the provided bill of exchange to accept and transfer the credits to satisfy the balance of the principal's account. The defendant failed three times to perform the necessary fiduciary duties to settle the account.

5. Pursuant to 12 U.S. Code § 504 , the plaintiff gave an opportunity to cure after the first non-performance by the defendant and gave a notice of default after the second non-performance by the defendant. This matter is being brought to litigation because of breach of contract by the the defendant. The defendant failed to perform fiduciary duties three times and knowingly attempted to obtain funds by means of fraudulent pretenses resulting in the plaintiff paying under duress and threat.

6. The sequence of correspondence is as follows:

7. On August 11, 2023 the plaintiff notified the defendant that the plaintiff accepts all rights, titles, interest and equity owed to the principal and instructed the defendant to apply the principal's balance to the principal's account for set-off. The Plaintiff included the following documents within this notice:

* Federal Reserve Act Section 16  with paragraphs 1 and 2 highlighted (12 U.S. Code § 411, 12 U.S. Code § 412) [Exhibit A]

2

*An endorse bill of exchange for account number 12219013005501 in the amount of 1,052.58 [Exhibit B]

* Tender of payment titled, "Letter of Instructions for Claim of Credit" [Exhibit C]

* A notarized copy of a Durable Power of Attorney For FIDJIANA MONTILLA RIVERA [Exhibit D]

* This notice was sent via priority mail with signature required. The package of documents arrived on August 11, 2023 per USPS Priority Mail tracking [Exhibit E].

8. The defendant did not respond or perform within 5 business days of receiving the notice.

9. On August 21, 2023, the plaintiff notified the defendant a second time that the plaintiff accepts all rights, titles, interest and equity owed to the principal and instructed the defendant to apply the principal's balance to the principal's account for set-off. The Plaintiff included the following documents:

* Federal Reserve Act Section 16 with paragraphs 1 and 2 highlighted (12 U.S. Code § 411, 12 U.S. Code § 412) [Exhibit F]

* Federal Reserve Act Section 29 with subsection (b) highlighted (12 U.S. Code § 504) [Exhibit G]

* An endorse bill of exchange for account number 12219013005501 in the amount of 1,052.58 [Exhibit H].

* Tender of payment titled, "Letter of Instructions for Claim of Credit" / "Opportunity to Cure" [Exhibit I].

* The second notice was sent via priority mail with signature required. The package of documents arrived on August 21, 2023 per USPS Priority Mail tracking [Exhibit J].

10. On August 31, 2023, the plaintiff notified the defendant a third time that the plaintiff accepts all rights, titles, interest and equity owed to the principal and instructed the defendant to apply the principal's balance to the principal's account for set-off. The Plaintiff included the following:

* Federal Reserve Act Section 29 with subsection (c) and (d) highlighted (12 U.S. Code § 504) [Exhibit K]

* An endorse bill of exchange for account number 12219013005501 in the amount of 1,052.58 [Exhibit L]

* Tender of payment titled, " NOTICE OF DEFAULT" [Exhibit M]

* The third notice was sent via priority mail with signature required. The package of documents arrived on August 31, 2023 per USPS Priority Mail tracking [Exhibit N].

The defendant did not respond or perform within 5 business days of receiving the third notice.

11. On September 11, 2023, the plaintiff filed a complaint with the Office of the Comptroller of Currency [Exhibit O] pursuant to 12 U.S. Code § 504 (e) due to lack of performance of fiduciary duties and acts of dishonor by the defendant.

12. On September 12, 2023, the plaintiff notified the defendant about the new, updated Durable Power of Attorney [Exhibit P]. This notice was sent via USPS Certified mail tracking [Exhibit Q] .

## IV. CAUSE OF ACTION
### Claim I

Breach of contract pursuant to 12 U.S. Code § 412 and 12 U.S. Code § 504.

14. The defendant failed to perform fiduciary duties. The defendant is in violation of 12 U.S. Code § 411, 12 U.S. Code § 412, and 12 U.S. Code § 504 for failure to utilize the bill of exchange provided by the plaintiff to satisfy the account. The defendant was given instructions three times to apply the principal's balance to the pricipals' account for set-off. As a result of this non-performance, and violation of the contract, the defendant is withholding the plaintiff's securities and forcing plaintiff

4

to pay a monthly cash payment. This is causing the plaintiff to make payments under duress and and threat.

## VI. REQUEST FOR RELIEF

WHEREFORE, the plaintiff requests:

a) The defendant applies the principals balance to the principals account for set-off.

b) The Motor Vehicle Title for the Land Rover Range Rover Velar Vin # SALYB2EX0LA252689.

c) $1,000,000 paid by the defendant to the plaintiff per Civil Money Penalty subsection (c) and (d).

d) Payment in the amount of $50,000 for plaintiff's time spent on this complaint per fee schedule

e) Other relief as the court may deem just and proper.

Dated: 11/15/2023

Sign: *[signature]*

Attorney-in-fact Fidjiana Montilla Rivera
c/o PO BOX 2716
Gary, IN 46403

# INVOICE

CHASE BANK, N.A.
270 Park Ave
New York, NY 10017

**Invoice #**     0000085

**Invoice Date**     11/09/2023

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Hours | Studying under threat and duress | 2500.00 | 10.00 | 25,000.00 |
| Hours | Preparing documents under threat and duress | 2500.00 | 10.00 | 25,000.00 |
| Product | Civil Money Penalty/ Breach of Fiduciary Duty | 1000000.00 | 1.00 | 1,000,000.00 |

NOTES: Make all checks payable to Fidjiana Montilla Rivera
Total due within 15 business days of case ruling.

| | |
|---|---|
| Subtotal | 1,050,000.00 |
| Total | 1,050,000.00 |
| Amount Paid | 0.00 |
| Balance Due | $1,050,000.00 |