# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FIDJIANA MONTILLA RIVERA
*individually and as a Single Member of*
*by*
*Approved Solutions, LLC*
    Plaintiff

 v.

                 Civil Action No. 2:23-cv-392

CHASE BANK, N.A.
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jon E. DeGuilio

DATE: 1/17/2024        CHANDA J. BERTA, CLERK OF COURT

                 by  s/ S. Jarrell
                 *Signature of Clerk or Deputy Clerk*